```
A CERTIFIED TRUE COPY
ATTEST

By Mecca Thompson on Dec 10, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

RECEIVED ___ LODGED
___ COPY

DEC 11 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
By _____ DEPUTY

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Nov 24, 2008

FILED
CLERK'S OFFICE

IN RE: LIFELOCK, INC., MARKETING AND SALES
PRACTICES LITIGATION
    Brian D. Lackey v. LifeLock, Inc.,
        D. Colorado, C.A. No. 1:08-2172  (2:08 cv 2251)      MDL No. 1977

**CONDITIONAL TRANSFER ORDER (CTO-2)**

On October 17, 2008, the Panel transferred eight civil actions to the United States District Court for the District of Arizona for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Mary H. Murguia.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Arizona and assigned to Judge Murguia.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Arizona for the reasons stated in the order of October 17, 2008, and, with the consent of that court, assigned to the Honorable Mary H. Murguia.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Arizona. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 10, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on __12-11-08__
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy